IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VINCENT HANDSFORD,<br><br>    Plaintiff,<br><br>v.<br><br>CLAYTON COUNTY SHERIFF'S OFFICE; and SHERIFF VICTOR HILL, *in his official capacity*,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:19-cv-05746-JPB-RDC |

## **ORDER**

This action is before the Court following the parties' reportedly unsuccessful mediation. (*See* Doc. 89). This case was administratively closed from September 21, 2021 through December 6, 2022. (Docs. 75, 83). Before the administrative closure, the parties indicated that a significant amount of discovery remained in this case, and shortly after that report, the parties requested a referral to mediation. (*See* Docs. 70–73). Given the amount of time that has passed since the last scheduling order was entered in this case, the undersigned **ORDERS** the parties to file an Amended Discovery Plan **on or before February 17, 2023**.

The discovery plan must outline the specific nature and volume of the remaining discovery material to be exchanged and the number of remaining witness

depositions. Based on that information, the parties must propose a final discovery deadline. If there are any disagreements concerning the needed amount of time, the remaining material, or any other discovery matter, the parties should state their individual positions in the discovery plan and indicate whether they believe this Court's intervention will be necessary to resolve those disputes. Discovery will remain stayed until the parties file their discovery plan.

After the parties file their Amended Discovery Plan, the Court will enter an Amended Scheduling Order, adopting or modifying the proposed discovery deadline. In the event that the parties do not require further discovery, the Court will enter a deadline for dispositive motions.

IT IS SO **ORDERED** on this 7th day of February 2023.

REGINA D. CANNON
United States Magistrate Judge