IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VINCENT HANDSFORD,<br><br>    Plaintiff,<br><br>v.<br><br>CLAYTON COUNTY SHERIFF'S OFFICE, *et al.*,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:19-cv-05746-JPB-RDC |

### ORDER

The parties have filed a Joint Motion to extend the discovery deadline from May 22, 2023 through June 30, 2023. (Doc. 98). The parties advise that they have been actively engaged in discovery but need additional time due, in part, to difficulties in subpoenaing witnesses and scheduling depositions. This is the first such extension request since this matter was reopened.

Upon consideration and for good cause shown, the motion is **GRANTED**. The Scheduling Order, (Doc. 93), is **REVISED** as follows. Discovery in this matter shall be completed by **June 30, 2023**. The parties are reminded that the discovery process should be guided by courtesy, candor, and common sense, with very limited Court intervention. Any motions for summary judgment must be

filed by **July 31, 2023**, and if no motions for summary judgment are filed, the proposed Consolidated Pretrial Order will be due on that date.

    IT IS SO **ORDERED** on this 24th day of April 2023.

_/s/ R. Cannon_<br>
REGINA D. CANNON<br>
United States Magistrate Judge