# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| VINCENT HANDSFORD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SHERIFF LEVON ALLEN, )<br>in his official capacity, )<br>)<br>)<br>Defendant. ) | CIVIL ACTION FILE NO.<br>1:19-cv-05746-JPB-RDC |

## JOINT STIPULATION TO SUBSTITUTE
## SHERIFF LEVON ALLEN AS DEFENDANT

Pursuant to Fed. R. Civ. P. 25(d), Plaintiff and Defendant hereby stipulate and agree that Sheriff Levon Hill, who was sworn in as the Sheriff of Clayton County on May 1, 2023, shall be substituted for Sheriff Victor Hill as the Defendant in this action.

Accordingly, the parties respectfully request that the Clerk change the case name in this action to *Vincent Handsford v. Sheriff Levon Allen.*

[SIGNATURES ON NEXT PAGE]

Respectfully submitted, this 5th day of June, 2023.

| | |
|---|---|
| */s/ Ashley Wilson Clark* | */s/ John D. Bennett* |
| Ashley Wilson Clark | Jack R. Hancock |
| Georgia Bar No. 771512 | Georgia Bar No. 322450 |
| J. Kyle Brooks | John D. Bennett |
| Georgia Bar No. 773561 | Georgia Bar No. 059212 |
| BUCKLEY BALA WILSON | Kelli Spearman |
| MEW LLP | Georgia Bar No. 187882 |
| 600 Peachtree Street, NE | FREEMAN MATHIS & GARY, LLP |
| Suite 3900 | 100 Galleria Parkway |
| Atlanta, GA 30308 | Suite 1600 |
| Telephone: (404) 781-1100 | Atlanta, GA 30339 |
| Facsimile: (404) 781-1101 | Tel: 770-818-0000 |
| awilsonclark@bbwmlaw.com | Fax: 770-937-9960 |
| kbrooks@bbwmlaw.com | jhancock@fmglaw.com |
| | jbennett@fmglaw.com |
| COUNSEL FOR PLAINTIFF | kspearman@fmglaw.com |
| | |
| | COUNSEL FOR DEFENDANT |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| VINCENT HANDSFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE NO. |
| ) | 1:19-cv-05746-JPB-RDC |
| SHERIFF LEVON ALLEN, ) | |
| in his official capacity, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2023, I electronically filed the above JOINT STIPULATION TO SUBSTITUTE SHERIFF LEVON ALLEN AS DEFENDANT with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

> Jack Reynolds Hancock - jhancock@fmglaw.com
> John Douglas Bennett - jbennett@fmglaw.com
> Kelli Spearman - Kelli.Spearman@fmglaw.com

**BUCKLEY BALA WILSON MEW LLP**

 /s/ *Ashley Wilson Clark*
Ashley Wilson Clark
Georgia Bar No. 771512
600 Peachtree Street, NE

3

4

Suite 3900
Atlanta, GA  30308
Telephone: (404) 781-1100
Facsimile:  (404) 781-1101
*Counsel for Plaintiff*