IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VINCENT HANDSFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>SHERIFF LEVON ALLEN, IN HIS OFFICIAL CAPACITY,<br><br>    Defendant. | Civil Action File No.:<br>1:19-cv-05746-JPB-RDC |

## JOINT NOTICE OF SETTLEMENT

COME NOW Plaintiff and Defendant and submit this Joint Notice of Settlement. The parties have settled this matter in principle and are in the process of negotiating non-monetary terms of settlement and executing final settlement documents, subject to approval by the Clayton County Board of Commissioners. Accordingly, the parties hereby request that this case be administratively closed pending execution of a final settlement agreement and satisfaction of certain settlement terms, at which point the parties will file a Stipulation of Dismissal With Prejudice.

Respectfully submitted this 18th day of June, 2024.

| | |
|---|---|
| **BUCKLEY BALA WILSON MEW LLP** | **NELSON MULLINS RILEY SCARBOROUGH, LLP** |
| */s/ Ashley Wilson Clark* | */s/ Anita Wallace Thomas* |
| Georgia Bar No. 771512 | Georgia Bar No. 733628 |
| awilsonclark@bbwmlaw.com | anita.thomas@nelsonmullins.com |
| J. Kyle Brooks | Atlantic Station / 201 17th Street, NW |
| Georgia Bar No. 0773561 | Suite 1700 |
| kbrooks@bbwmlaw.com | Atlanta, GA 30363 |
| 600 Peachtree Street, NE | T: (404) 322-6000 |
| Suite 3900 | F: (404) 322-6050 |
| Atlanta, GA 30308 | *Counsel for Defendant* |
| T: (404) 781-1100 | |
| F: (404) 781-1101 | |
| *Counsel for Plaintiff* | |

#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE NORTHERN DISTRICT OF GEORGIA
#### ATLANTA DIVISION

| | |
|---|---|
| VINCENT HANDSFORD, | |
| Plaintiff, | |
| v. | Civil Action File No.: 1:19-cv-05746-JPB-RDC |
| SHERIFF LEVON ALLEN, IN HIS OFFICIAL CAPACITY, | |
| Defendant. | |

### CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2024, I electronically filed the foregoing **JOINT NOTICE OF SETTLEMENT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

Anita Wallace Thomas
Georgia Bar No. 733628
Nelson Mullins Riley
& Scarborough LLP
201 17th Street NW, Suite 1700
Atlanta, GA 30363
anita.thomas@nelsonmullins.com
*Counsel for Defendant*

3

**BUCKLEY BALA WILSON MEW LLP**

*/s/ Ashley Wilson Clark*
Ashley Wilson Clark
Georgia Bar No. 771512

600 Peachtree Street, NE
Suite 3900
Atlanta, GA  30308
Telephone: (404) 781-1100
Facsimile:  (404) 781-1101
*Counsel for Plaintiff*