IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VINCENT HANDSFORD,<br><br>    Plaintiff,<br><br>v.<br><br>SHERIFF LEVON ALLEN, IN HIS OFFICIAL CAPACITY,<br><br>    Defendant. | Civil Action File No.:<br>1:19-cv-05746-JPB-RDC |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this action with prejudice. Each party shall be responsible for their own attorneys' fees, court costs, and expenses incurred in prosecuting and defending this action.

Respectfully submitted this 19th day of August, 2024.

**BUCKLEY BALA WILSON MEW LLP**

*/s/ Ashley Wilson Clark*
Georgia Bar No. 771512
awilsonclark@bbwmlaw.com
J. Kyle Brooks
Georgia Bar No. 0773561
kbrooks@bbwmlaw.com
600 Peachtree Street, NE

**NELSON MULLINS RILEY SCARBOROUGH, LLP**

*/s/ Anita Wallace Thomas*
Georgia Bar No. 733628
anita.thomas@nelsonmullins.com
Atlantic Station / 201 17th Street, NW
Suite 1700
Atlanta, GA 30363
T:  (404) 322-6000

Suite 3900  
Atlanta, GA 30308  
T: (404) 781-1100  
*Counsel for Plaintiff*

F:  (404) 322-6050  
*Counsel for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| VINCENT HANDSFORD, | |
| Plaintiff, | |
| v. | Civil Action File No.: |
| SHERIFF LEVON ALLEN, IN HIS OFFICIAL CAPACITY, | 1:19-cv-05746-JPB-RDC |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2024, I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

Anita Wallace Thomas
Georgia Bar No. 733628
Nelson Mullins Riley
& Scarborough LLP
201 17th Street NW, Suite 1700
Atlanta, GA 30363
anita.thomas@nelsonmullins.com
*Counsel for Defendant*

**BUCKLEY BALA WILSON MEW LLP**

*/s/ Ashley Wilson Clark*
Ashley Wilson Clark
Georgia Bar No. 771512

600 Peachtree Street, NE
Suite 3900
Atlanta, GA  30308
Telephone: (404) 781-1100
*Counsel for Plaintiff*